LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06241-GAF (MLGx) | Date | December 3, 2010 |
|---|---|---|---|
| Title | Santos Pastor et al v. Alliance Telecommunication, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

### ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

- ☒ The docket reflects that **Plaintiff(s) are not actively pursuing this matter**.   On July 12, 2010, the Court issued an order as follows:  IT IS ORDERED that Plaintiffs shall file and serve their Motion for Class Certification on or before October 1, 2010. Defendant's shall file and serve any opposition to the Motion for Class Certification on or before October 29, 2010. Any reply briefs shall be filed and served by Plaintiffs on or before November 29, 2010. The Motion for Class Certification shall be heard on December 13, 2010, at 9:30 a.m.

To date, Plaintiffs have not filed a Motion for Class Certification.   Plaintiff(s) can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

Plaintiffs must respond to this order within 20 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.